# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **DOMINIQUE LAVELL HELTON**, <br> [DOB: 03/29/1990] <br><br> Defendant. | No. 20-4018-01-CR-C-RK <br><br> 18 U.S.C. § 922(g)(1) <br> NMT 10 Years Imprisonment <br> NMT $250,000 Fine <br> NMT 3 Years Supervised Release <br> Class C Felony <br><br> $100 Special Assessment |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

(Felon in Possession of a Firearm)
18 U.S.C. § 922(g)(1)

On or about July 18, 2019, within Cole County, in the Western District of Missouri, the defendant, **DOMINIQUE LAVELL HELTON**, knowing he had previously been convicted of a crime punishable for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock, Model 26, 9mm pistol, serial number BZT794; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**A TRUE BILL.**

*/S/ Eugene O'Loughlin*
**FOREPERSON OF THE GRAND JURY**

*/S/ Aaron M. Maness*
**Aaron M. Maness**
Assistant United States Attorney
Missouri Bar No. 63666

Dated: 02/26/2020